No. 43909.—Protest 995567–G of Dr. Erwin Rosenow (New York).

Opinion by Brown, J. It appeared that the vans in question were used to transport the personal and household effects of the family of the protestant from Germany to the United States and that after importation they were destroyed. On the authority of Abstract 43642 the claim for free entry was sustained.

No. 43910.—Protest 977000–G of William Adams, Inc. (New York).

Opinion by Brown, J. An examination of the record revealing nothing to establish the claim made the protest was overruled.

No. 43911.—Protests 973617–G, etc., of S. S. Kresge Co. et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of glass grape clusters similar to those the subject of Abstract 43206. The claim at 60 percent under paragraph 1518 was therefore sustained.

No. 43912.—Protest 971404–G of Greenberg & Josefsberg (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of clothes brushes similar to those the subject of United States v. Heinrich Herrmann & Weiss (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 43913.—Protest 969505–G of Danbury & Bethel Fur Co. (New York).

Opinion by Brown, J. It was stipulated that the merchandise in question is similar to that passed upon in Abstract 41389. The claim at 10 percent under paragraph 1555 was therefore sustained.

No. 43914.—Protests 20–K, etc., of Eimer & Amend et al. (New York).

Opinion by Brown, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.